

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-14-00247-CV

**IN RE** Jerry Alex **CORONA** and Sonia Luna Corona

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:        Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

Delivered and Filed:  November 26, 2014

PETITION FOR WRIT OF MANDAMUS DISMISSED

On April 10, 2014, relators filed a petition for writ of mandamus complaining of the trial court's order granting a new trial in the underlying personal injury litigation. The real party in interest filed a response to the petition on May 12, pursuant to this court's order of April 16, 2014.

Relators have advised this court that the parties have settled the underlying lawsuit and, therefore, the issues raised by the mandamus proceeding have become moot. Relators have requested that the mandamus petition be dismissed. Accordingly, this original mandamus proceeding is dismissed as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2011-CI-08286, styled *Alice Heugel v. Jerry Alex Corona and Sonia Luna Corona*, pending in the 45th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.